```
 1    A    Yes.
 2    Q    Did you have your backpack with
 3         you?
 4    A    Yes.
 5    Q    Did the police search the backpack?
 6    A    Yes, they did.
 7    Q    And that's when they found the gun?
 8    A    Yes.
 9    Q    At some point were you taken to the
10         police station?
11    A    Yes.
12    Q    At the police station, did the
13         police give you an opportunity to
14         make a statement?
15    A    Yes.
16    Q    You were here when your statement
17         was introduced into evidence, is
18         that right?
19    A    Yes.
20    Q    Tell us basically, what was the
21         statement that you made to the
22         police?
23    A    I told them that it had been in
24         self-defense because he had already
```

|    |   |                                              |
|----|---|----------------------------------------------|
| 1  |   | attacked me twice. Just that and I           |
| 2  |   | told them that I was fine and they           |
| 3  |   | came and they took my fingerprints           |
| 4  |   | and all.                                     |
| 5  | Q | Did you tell the police basically            |
| 6  |   | the same story that you're telling           |
| 7  |   | us today?                                    |
| 8  | A | Yes.                                         |
| 9  | Q | The police treated you pretty well,          |
| 10 |   | didn't they?                                 |
| 11 | A | In some parts, yes.                          |
| 12 | Q | By that I mean you were given your           |
| 13 |   | rights, weren't you?                         |
| 14 | A | Yes.                                         |
| 15 | Q | You understood the rights as they            |
| 16 |   | were given to you?                           |
| 17 | A | I had a bit of a problem to                  |
| 18 |   | understand them but yes, I did.              |
| 19 | Q | What you did is that even though             |
| 20 |   | you were read your rights, did you           |
| 21 |   | decide to give them a statement?             |
| 22 | A | Yes.                                         |
| 23 | Q | How long did it take you to give a           |
| 24 |   | statement at the police station?             |

1   A   About twenty minutes.

2   Q   We heard parts of it or we saw
3       parts of it here, is that the same
4       interview that we're talking about
5       now?

6   A   Yes.

7   Q   Is what you said back on April 16th
8       of 2014 the same thing you told us
9       today?

10   A   Yes.

11          MR. NAPOLITANO: Thank you
12   very much. I have nothing further.
13          THE COURT: Cross?
14          MR. MCCARTHY: Thank you.

15

**CROSS EXAMINATION OF RAFAEL LEONER-AGUIRRE:**

18

Response in English

20   Q   (By Mr. McCarthy) Good afternoon,
21       sir.

22   A   Good afternoon.

23   Q   You testified earlier that you were
24       at, was it a friend's house before

```
 1        this incident happened?
 2   A    I went to drop off the keys to my
 3        boss.
 4   Q    Who is your boss?
 5   A    Jose Vasquez.
 6   Q    Does he also have another name?
 7   A    Not that I know of.
 8   Q    Did you ever hear him use the name
 9        Hector?
10   A    That's his step-son.
11   Q    So you were at Hector's house?
12   A    I went to drop off the keys at
13        Hector's house.
14   Q    Where does Hector live?
15   A    50 Cary Street, Avenue, sorry.
16   Q    How long were you there?
17   A    Approximately six to seven minutes.
18   Q    You met some people you knew, is
19        that right?
20   A    Yes.
21   Q    Jose Morales?
22   A    I don't know him that well.  I had
23        known him for about ten days then.
24   Q    You testified he's your friend on
```

```
 1        direct, didn't you?
 2    A   Well, yes.
 3    Q   And you had only known him ten
 4        days?
 5    A   Of course.
 6    Q   How do you know Kevin Ayala?
 7    A   From El Salvador.
 8    Q   You guys grew up together?
 9    A   No, he's from the same colony where
10        I lived.
11    Q   Are you guys brothers?
12    A   No.
13    Q   But you knew him from El Salvador?
14    A   Yes.
15    Q   What about Vicky?
16    A   She's my girlfriend.
17    Q   Did you know her from El Salvador?
18    A   Yes.
19    Q   How about Kenia Revas?
20    A   I knew her but I had spoken with
21        her very little.
22    Q   You didn't know her from El
23        Salvador?
24    A   Yes.
```

```
 1    Q    You did?
 2    A    Yes.
 3    Q    Do you go by any nicknames that
 4         your friends call you?
 5    A    Well, no, like I said with Jose
 6         Morales I had no idea that they
 7         were calling me Tremendo.  I just
 8         found out recently that they were
 9         calling me that.
10    Q    You just learned that during the
11         trial?
12    A    No, I heard rumors from a friend.
13    Q    What about El Mexicano?  Have you
14         ever been called that?
15    A    No, I don't know who that is.
16    Q    Your friend Jose said he was an MS
17         13, is that right?
18    A    I don't know, honestly.
19    Q    You didn't hear him say that when
20         you were sitting at that table over
21         there?
22    A    No, I heard that from him but as
23         far him being a gang member I don't
24         know that.
```

```
1    Q    Are you familiar with what MS 13
2         is, aren't you?
3    A    Well, Mara Salvatrucha.
4    Q    A gang that originates in your home
5         country?
6    A    Well, yeah, it is originally from
7         El Salvador.
8    Q    Are you familiar with any of the
9         markings?  Do other people know a
10        person is in MS 13?
11             THE INTERPRETER:  I'm sorry,
12        can the Interpreter have you repeat
13        it?
14   Q    Are you familiar with some of the
15        markings or features that let
16        somebody know that they are in MS
17        13?
18   A    Well, I don't know.  I can't tell
19        you.  I don't know about gangs.  My
20        job has been always to have a job.
21   Q    What about your tattoos?  Do they
22        mean anything to you?
23   A    Yes, especially.
24   Q    Do any of the tattoos have gang
```

```
 1        meanings?
 2   A    No.
 3   Q    Now, you testified earlier that
 4        Papelito and somebody else followed
 5        you about a week before this, is
 6        that right?
 7   A    Yes.
 8   Q    Did you tell the police that that
 9        night?
10   A    No.
11   Q    You also testified that - move to
12        strike that.  When you left
13        Hector's place, who was outside
14        with you?
15   A    Well, we all came down together.
16        Me, Kenia, Vicky, Kevin Ayala, and
17        Christian Armando.
18   Q    And Jose?
19   A    Yes, Jose Morales.
20   Q    Doesn't Christian live right around
21        the other side of the intersection?
22   A    He lives on Cary by where the
23        church is.
24   Q    So there's five of you that need a
```

ride home?
A Yes.
Q And you walked away because you didn't fit in the car, is that right?
A Yes.
Q And you walked away with Jose, didn't you?
A Yes.
Q And you were parked in the opposite direction of where you guys were walking, right?
THE INTERPRETER: I'm sorry?
Q He was parked on the opposite direction of where you guys started walking, is that right?
A Yes.
Q So how is everybody going to get home if Jose is walking with you?
A Because Jose Morales gave the keys to Kevin Ayala.
Q How come Jose is not going? So, in other words, you're walking home because you don't fit in the five

```
 1            person car, correct?
 2     A      Yes.
 3     Q      And Jose is walking with you?
 4     A      Yes.
 5     Q      Does he not fit in his own car?
 6     A      Of course, but he gave the keys to
 7            Kevin and told him to drive.
 8     Q      Did you tell this part of this
 9            story to the police that night?
10     A      Not that I can remember.  Maybe I
11            did, I don't remember.
12     Q      Do you know who Calibrais is?
13     A      Well, I've heard of him.
14     Q      Was he there?
15     A      Not that I know of.
16     Q      Thank you.
17                 MR. MCCARTHY:  Could I just
18            have a moment, your Honor?
19                 THE COURT:  Yes.
20     Q      Now, you've testified that
21            everything you've said today, that
22            you're telling the jury, is the
23            same as what you told the
24            detectives that night, is that
```